WINNE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by

Josephine C. Winne, as ancillary administratrix of Claude J. Winne, deceased, against the Erie Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs.

THOMAS, J., dissents, upon the ground that there was no jurisdiction on the part of the surrogate to grant the ancillary letters, and also upon the ground that the case does not come under the federal Employers' Liability Act (Act April 22, 1908, c. 149, 35 Stat. 65 [U. S. Comp. St. 1913, §§ 8657–8665]).

---

WINSHIP, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by James H. Winship, as administrator, etc., against the Prudential Insurance Company of America. No opinion. Judgment and order affirmed, with costs.